IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL KENT, Individually and On Behalf of All Others Similarly Situated, Villanova, PA 19085<br><br>     Plaintiff,<br><br>v.<br><br>QUALITY CARE PROPERTIES, INC.<br>7315 WISCONSIN AVE.<br>SUITE 550-EAST<br>BETHESDA, MD 20814<br>(MONTGOMERY COUNTY) SERVE ON:<br>CSCLAWYERS<br>INCORPORATING SERVICE<br>COMPANY<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202<br><br>MARK S. ORDAN<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Ave.<br>SUITE 550-EAST<br>Bethesda, MD 20814<br><br>GLENN G. COHEN<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Ave.<br>SUITE 550-EAST<br>Bethesda, MD 20814<br><br>JERRY L. DOCTROW<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Ave.<br>SUITE 550-EAST<br>Bethesda, MD 20814<br><br>PAUL J. KLAASSEN<br>c/o Quality Care Properties, Inc.<br>7315 Wisconsin Ave.<br>SUITE 550-EAST<br>Bethesda, MD 20814 | Case No. 8:18-cv-01935-TDC<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

```
PHILIP R. SCHIMMEL              )
c/o Quality Care Properties, Inc. )
7315 Wisconsin Ave.             )
SUITE 550-EAST                  )
Bethesda, MD 20814              )
                                )
M. KATHLEEN SMALLEY             )
c/o Quality Care Properties, Inc. )
7315 Wisconsin Ave.             )
SUITE 550-EAST                  )
Bethesda, MD 20814              )
                                )
DONALD C. WOOD                  )
c/o Quality Care Properties, Inc. )
7315 Wisconsin Ave.             )
SUITE 550-EAST                  )
Bethesda, MD 20814              )
                                )
      Defendants.               )
```

## NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Kent, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated.

Dated: July 19 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**GOLDMAN & MINTON, P.C.**

By: _____
Thomas J. Minton (Bar No. 03370)
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
(410) 783-7575

*Attorneys for Plaintiff*