# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL KENT,<br><br>  Plaintiff,<br><br>v.<br><br>QUALITY CARE PROPERTIES, INC.,<br>MARK S. ORDAN,<br>GLENN G. COHEN<br>JERRY L. DOCTROW,<br>PAUL J. KLAASEN,<br>PHILIP R. SCHIMMEL,<br>KATHLEEN SMALLEY, and<br>DONALD C. WOOD,<br><br>  Defendants. | Civil Action No. TDC-18-1935 |

## ORDER

On July 19, 2018, Plaintiff Michael Kent filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 5. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice as to Kent and without prejudice as to all others similarly situated.

The Clerk is directed to close this case.

Date: July 20, 2018

THEODORE D. CHUANG
United States District Judge